**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     *Caballero v. State*

Appellate case number:   01-19-00878-CR; 01-19-00879-CR

Trial court case number:  1594160; 1594161;

Trial court:                        337th District Court of Harris County

The parties are instructed to be prepared to discuss at oral argument the following aspect of this appeal:

> Although the trial attorney enumerates deficiencies in his performance representing the defendant, he does not admit that he failed to interview the people who lived at the house where the offense occurred. Is there authority addressing an ineffective assistance of counsel claim where the attorney is silent as to the failure to investigate and the matter is on appeal following the denial of the motion for new trial?

The parties should expect to address the full range of briefed arguments. This order is intended only to highlight a topic the panel knows it wants included in the presentation.

It is so ORDERED.

Judge's signature: /s/ Sarah Beth Landau
                            Acting individually


Date:  March 25, 2022